ORDERED.

Dated: March 01, 2022

*Jerry A. Funk*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case Nos.: 3:19-bk-4607-JAF through 3:19-bk-4622-JAF |
| NRP LEASE HOLDINGS, LLC, *et al.*,[1] | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered Under Case No.: 3:19-bk-4607-JAF |
| ADVENTURE HOLDINGS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No.: 3:21-ap-94 |
| PNC BANK as successor to COMPASS BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER GRANTING MOTION TO STAY ADVERSARY PROCEEDING

---

[1] The Federal Employer Identification Number of the Debtors are NRP Lease Holdings, LLC (27-2059649), 8333 W 21st Street N, LLC (27-2060433), 1010 N. Webb Road, LLC (27-2062783), 8350 Lyra Drive, LLC (27-2063219), 5890 Scarborough Drive, LLC (27-2059790), 10735 E. Hwy 40, LLC (27-2062982), Adventure Holdings, LLC (20-1287061), 2780 SR16, LLC (26-2453946), 2400 Sheridan Drive, LLC (86-1078288), 1600 Stratford, LLC (20-3214101), 3660 East Franklin Street, LLC (20-0077196), 1944 Beach Boulevard, LLC (56-2472270), 4825 Blanding Boulevard, LLC (20-1287152), 3311 Capital Boulevard, LLC (84-1650790), 17717 Coit Road, LLC (20-1292272) and 2590 Water Park Drive, LLC (46-0657049).

[750774/1]

This matter is before the Court on the Motion to Stay Adversary Proceeding (the "Motion") filed by plaintiff, Adventure Holdings, LLC ("Adventure Holdings"). Upon consent of the parties, it is ORDERED:

1. The motion is GRANTED.

2. This adversary proceeding is stayed for a period through and including May 24, 2022, without prejudice to either party seeking leave from the stay should circumstances warrant.

Bradley R. Markey, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.